SLAPPEY *et al. v.* LEE *et al.*

BECK, P. J. This case is controlled by the ruling in the case of *Slappey* v. *Vining*, this day decided by this court. Ante, 792.

*Judgment affirmed. All the Justices concur.*

No. 2113.   DECEMBER 21, 1920.

Ejectment. Before Judge Littlejohn. Macon superior court. May 12, 1920.

*A. H. Davis* and *R. R. Arnold,* for plaintiffs.

*Jule Felton* and *R. L. Greer,* for defendants.